UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA,**
                      **Plaintiff,**

                                      **JUDGMENT IN A CIVIL CASE**
                                      Civil Action No.  1:06-CV-735 (LEK)

      v.

**$5,731.00 IN U.S. CURRENCY**
                      **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      **WHEREAS**, by virtue of the Order Directing Entry of an Uncontested Judgement of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on November 14, 2006, it is hereby

      **ORDERED, ADJUDGED AND DECREED** that the amount of $5,731.00 in United States Currency be forfeited to the United States of America for disposition in accordance with law.

<u>November 16, 2006</u>                                          <u>Lawrence K. Baerman</u>
Date                                                              Clerk

                                                                      *Scott A. Snyder*
                                                            **Courtroom Deputy to the**
                                                            **Honorable Lawrence E. Kahn**